IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-453-D

COLORADO BANKERS LIFE )
INSURANCE COMPANY, )
 )
                 Plaintiff, )
 )
v. ) **ORDER**
 )
TAC INVESTMENTS, LLC, )
 )
                 Defendant. )

    The court has reviewed the record and the governing law. After considering plaintiff's motion to consolidate [D.E. 27], and plaintiff/counter-defendant's partial motion to dismiss the second and third counterclaims [D.E. 21], the motions are DENIED as meritless. Whether the counterclaims will survive a motion for summary judgment is an issue for another day.

    SO ORDERED. This 20 day of July 2021.

                                                           JAMES C. DEVER III
                                                           United States District Judge